**B6C (Official Form 6C) (04/10)**

In re　**Raul Nieto**　　　　　　　　　　　　　　　　　　　　　　　　　Case No.　**11-37269**
　　　　　　　　　　　　　　　　Debtor(s)

# FIRST AMENDED
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　　　　$146,450.*
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> **1086 Champagne Ln** <br> **Manteca, CA 95337** <br> **(Replacement Value from Zillow.Com)** | **C.C.P. § 703.140(b)(1)** | 1.00 | 175,500.00 |
| **Cash on Hand** <br> **Cash** | **C.C.P. § 703.140(b)(5)** | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Wells Fargo Checking and Savings Account** | **C.C.P. § 703.140(b)(5)** | 15.00 | 15.00 |
| **Household Goods and Furnishings** <br> **Various household goods and furnishings, no individual item valued more than $550.00** | **C.C.P. § 703.140(b)(3)** | 1,000.00 | 1,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **Compact Disc** | **C.C.P. § 703.140(b)(5)** | 200.00 | 200.00 |
| **Wearing Apparel** <br> **Clothes** | **C.C.P. § 703.140(b)(3)** | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> **Glass Wolf Collections** | **C.C.P. § 703.140(b)(5)** | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** <br> **American Income Life** <br> **(No Cash Value)** | **C.C.P. § 703.140(b)(7)** | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2000 Dodge Durango** <br> **(Replacement value from KBB.Com)** | **C.C.P. § 703.140(b)(2)** | 2,920.00 | 2,920.00 |
| **2006 Hyundai** <br> **(Replacement value from KBB.Com)** <br> **(Debtor cosign the vehicle for relatives, vehicle is with nephew, nephew makes the car payments, his name is not on the contract ownership)** | **C.C.P. § 703.140(b)(2)** | 167.81 | 3,220.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** <br> **Tools** | **C.C.P. § 703.140(b)(5)** | 2,500.00 | 2,500.00 |
| Total: | | 9,353.81 | 187,905.00 |

*Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Raul Nieto**  
Debtor(s)

Case No.  **11-37269**  
Chapter  **7**

# FIRST AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **1** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **2/7/2018**  
Signature **/s/ Raul Nieto**  
**Raul Nieto**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.